UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RICARDO HUTCHINS, *Plaintiff*, | ) | |
| v. | ) | Case No.: 1:25-cv-107 |
| SMYRNA READY MIX CONCRETE, LLC, *Defendant*. | ) | |

**DEFENDANT SMYRNA READY MIX CONCRETE, LLC'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Smyrna Ready Mix Concrete, LLC ("SRM") (erroneously named as "Smyrna Ready Mix LLC"), expressly reserving all rights otherwise to respond to this lawsuit, hereby removes the above-captioned case, which was filed in the Superior Court of Marion County, Indiana, as Case No. 49D06-2412-CT-055853, to the United States District Court for the Southern District of Indiana.

**INTRODUCTION**

1. On or about December 10, 2024, Plaintiff Ricardo Hutchins ("Plaintiff"), filed this lawsuit entitled *Ricardo Hutchins v. Smyrna Ready Mix LLC*, Case No. 49D06-2412-CT-055853, in the Superior Court of Marion County, Indiana.

2. On December 17, 2024, Plaintiff served its Summons and Complaint on SRM. *See* Summons and Complaint, collectively attached hereto as **Exhibit A**.

3. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) on the basis of diversity of citizenship and amount in controversy.

4. This case is removable pursuant to 28 U.S.C. § 1441(b).

5. Pursuant to 28 U.S.C. § 1446(a), SRM has attached to this notice "a copy of all process, pleadings, and orders served upon" it. See **Exhibit B**.

## DIVERSITY OF CITIZENSHIP

6. Plaintiff Ricardo Hutchins was a resident of Marion County, Indiana, at the time of the subject incident and at the time of this filing. Thus, Plaintiff is a citizen of Indiana.

7. Defendant Smyrna Ready Mix Concrete, LLC is a limited liability company whose sole member is Hollingshead Holding Company, LLC ("HHC"). HHC is a Tennessee limited liability company with four members. These four members are: Melissa Hollingshead, Michael Hollingshead, Jeffrey Hollingshead and Ryan Hollingshead. Each of these members is a citizen of Tennessee. Thus, Defendant Smyrna Ready Mix Concrete, LLC is a citizen of Tennessee.

8. SRM, the only party in interest properly served as named defendant, is a citizen of Tennessee. Plaintiff is a citizen of Indiana. Therefore, complete diversity exists between all the parties.

## AMOUNT IN CONTROVERSY

9. The allegations set forth in the Complaint establish that the amount in controversy in this case exceeds $75,000 exclusive of interest and costs.

10. Plaintiff alleges personal injury damages, alleging an SRM truck collided with him causing him to suffer "severe bodily injuries, enduring pain and suffering, and permanent injuries."

11. Plaintiff alleges his medical records total $170,765.02, and also seeks non-economic, pain and suffering damages. *See* **Exhibit C**, Plaintiff's Demand Letter. Therefore,

the amount in controversy for Plaintiff's alleged damages satisfies the jurisdictional requirement.

12. Accordingly, the amount in controversy requirement has been met to establish subject matter jurisdiction based on diversity.

## OTHER REQUIREMENTS FOR REMOVAL

13. SRM was served with the Complaint on December 17, 2024. Thus, this Notice of Removal is being timely filed within the thirty (30) days of service of initial pleadings pursuant to 28 U.S.C. § 1446(b).

14. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the U.S. District Court for the Southern District of Indiana, Indianapolis Division, is the federal judicial district and division embracing the Superior Court of Marion County, Indiana, where the state court action was originally filed.

15. Written notice of the filing of the Notice of Removal will be served on Plaintiff's counsel and filed with the Superior Court of Marion County, pursuant to 28 U.S.C. § 1446(d). A copy of the Notice of Filing of Notice of Removal to the United States District Court is attached hereto as **Exhibit D**.

16. As of the date of this filing, there are no pending motions in this matter.

## CONCLUSION

WHEREFORE, Defendant Smyrna Ready Mix Concrete, LLC requests that the above-entitled matter currently pending in the Superior Court of Marion County, Indiana, be removed to the United States District Court for the Southern District of Indiana.

Dated: January 16, 2025

Respectfully submitted,

**BARNES & THORNBURG LLP**

By: *__/s/ Kyle W. LeClere_________*
Kyle W. LeClere
11 South Meridian Street
Indianapolis, IN 46204
Tel.: (317) 231-6475
kyle.leclere@btlaw.com

*Attorney for Defendant Smyrna Ready Mix Concrete, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*<u>/s/ Kyle W. LeClere</u>*
Attorney for Defendant Smyrna Ready Mix
Concrete, LLC